# DAFNONAS ESTATES LTD.



### COMMERCIAL & RESIDENTIAL REAL ESTATE

308-84th Street
Brooklyn, N.Y. 11209
Tel: (718) 238-7297
Fax: (718) 238-2350

December 20, 2008

## MANAGEMENT AGREEMENT

The following is a detailed description of the scope
and function of Dafnonas Estates Ltd with reference to the
premises located at:

*11 OVAL DRIVE, ISLANDIA, NY 11749*
*4880 VETERANS MEMORIAL HWY HOLBROOK*
*NY 11741*

1) Collecting rent and other charges and depositing it in
   owner's designated account in which managing agent will be
   authorized signator.
2) Maintaining the premises through routine & incidental
   repairs.
3) Attention to tenant(s) complaints.
4) Leasing or renewing leases.
5) Hiring all necessary employees. All employee contracts
   to be approved by owner.
6) Determination of the proper insurance coverage for
   the premises.
7) Keeping the Owner informed of the financial status
   & physical condition of the property; including monthly
   written statements.
8) Checking all bills received for services rendered
   and to pay such bills from funds furnished by the owner.
9) Maintaining a fully entered and accurate system of
   accounts for every financial transaction.
10) All none emergency capital improvements must be approved
    by owner.
11) All contracts with major suppliers to be approved by
    owner.

TERM:  This is an irrevocable management agreement and should
remain in force and effect for a term of Two years 1-1-2009
to 12-31-2010 and shall continue thereafter unless notice is
given by either party sixty (60) days prior to renewal date.
It is agreed that all outstanding invoices must be paid in
full before cancellation is accepted at the end of the
management term.

EXPENSES:  All reasonable and necessary expenses incurred by Dafnonas Estates Ltd in the performance of its duties shall be paid by the Landlord who shall also indemnify Dafnonas Estates and its employees against any liability for acts properly performed by management for the owner of the above mentioned property pursuant to the agreement.

FEE:  The fee for the services to be rendered will be 5% of any gross collected income or reimbursed expenses per month; plus any out off pocket expenses incurred.  In addition, Dafnonas Estates shall be entitled to receive fees for diverse broker services outside his duties as managing agent It is further agreed that Owners Corporation will pay Dafnonas Estates Ltd for any additional work performed with regard to the building at mutually agreed hourly base fee.

I have read the above and I acknowledge that I will perform my duties to the best of my ability.


Accepted and Agreed                    Accepted and Agreed

_____              _____
                                      DAFNONAS ESTATES LTD

Date _13/20/08_____                  Date __12/20/08____

# DAFNONAS ESTATES LTD.



#### COMMERCIAL & RESIDENTIAL REAL ESTATE

308-84th Street
Brooklyn, N.Y. 11209
Tel: (718) 238-7297
Fax: (718) 238-2350

December 20. 2008

### MANAGEMENT AGREEMENT

The following is a detailed description of the scope
and function of Dafnonas Estates Ltd with reference to the
premises located at:

3375 PARK AVENUE, WANTAGH, NEW YORK
3366 PARK AVENUE, WANTAGH, NEW YORK
1228 WANTAGH AVENUE, WANTAGH, NEW YORK

1) Collecting rent and other charges and depositing it in
   owner's designated account in which managing agent will be
   authorized signator.
2) Maintaining the premises through routine & incidental
   repairs.
3) Attention to tenant(s) complaints.
4) Leasing or renewing leases.
5) Hiring all necessary employees. All employee contracts
   to be approved by owner.
6) Determination of the proper insurance coverage for
   the premises.
7) Keeping the Owner informed of the financial status
   & physical condition of the property; including monthly
   written statements.
8) Checking all bills received for services rendered
   and to pay such bills from funds furnished by the owner.
9) Maintaining a fully entered and accurate system of
   accounts for every financial transaction.
10) All none emergency capital improvements must be approved
    by owner.
11) All contracts with major suppliers to be approved by
    owner.

TERM: This is an irrevocable management agreement and should
remain in force and effect for a term of Two years 1-1-2009
to 12-31-2010 and shall continue thereafter unless notice is
given by either party sixty (60) days prior to renewal date.
It is agreed that all outstanding invoices must be paid in
full before cancellation is accepted at the end of the
management term.

EXPENSES:  All reasonable and necessary expenses
incurred by Dafnonas Estates Ltd in the performance of its
duties shall be paid by the Landlord who shall also indemnify
Dafnonas Estates and its employees against any liability for
acts properly performed by management for the owner of the
above mentioned property pursuant to the agreement.

FEE:  The fee for the services to be rendered will be 5% of
any gross collected income or reimbursed expenses per month;
plus any out off pocket expenses incurred.  In addition,
Dafnonas Estates shall be entitled to receive fees for
diverse broker services outside his duties as managing agent
It is further agreed that Owners Corporation will pay
Dafnonas Estates Ltd for any additional work performed with
regard to the building at mutually agreed hourly base fee.

I have read the above and I acknowledge that I will perform
my duties to the best of my ability.


Accepted and Agreed                     Accepted and Agreed


MARK GOLDMAN for                        DAFNONAS ESTATES LTD
GOLDAN LLC

Date  12/30/08                          Date  12/20/08